## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:18-48-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JOSE ALEJANDRO DIAZ-TINOCO,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 37). No party has filed objections to the recommendation, and the defendant has waived his right to allocution (DE 38-1).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated March 05, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY